■ RICHARDSON v STATE DIVISION OF HUMAN RIGHTS. — Motion for clarification granted to the extent of resettling this court's order entered on March 13, 1984 (99 AD2d 1034) so as to reflect that said order affirmed two orders of the State Human Rights Appeal Board, both dated June 14, 1983. Resettled order signed and filed. Concur — Asch, J. P., Bloom, Fein and Kassal, JJ.

■ In the Matter of GENE CRESCENZI. — Motion granted to the extent of enjoining the use of the letterhead described in the order of this court, but respondent permitted to use a letterhead indicating that he is admitted to practice only before the United States District Court for the Eastern District of New York and, under certain restrictions, before the United States District Court for the Southern District of New York, all as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.